

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-19-00254-CR, 04-19-00256-CR, 04-19-00257-CR, 04-19-00260-CR

John Gabriel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR10071, 2018CR0407, 2019CR2595, 2019CR2598
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED June 12, 2019.

_____
Patricia O. Alvarez, Justice